IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRANSTON PRINT WORKS COMPANY,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv- 09955

Judge John J. Tharp, Jr.

Magistrate Judge Daniel P. McLaughlin

**SUPPLEMENTAL INFORMATION IN SUPPORT OF PLAINTIFF'S MOTION [12]
FOR EXPEDITED DISCOVERY AND ELECTRONIC SERVICE OF PROCESS**

1. **A listing of all prior online trademark/copyright infringement cases (also known as "Schedule A" cases) filed in any court in the United States in which it was a plaintiff:**

   Plaintiff has only filed Schedule A cases at the Northern District of Illinois. Below is a table of all Schedule A cases Plaintiff has filed:

   | Case Number | Case Name |
   | --- | --- |
   | 25-cv-09838 | Cranston Print Works Company v. The Partnerships and Unincorporated Associations Identified on Schedule A |
   | 25-cv-09724 | Cranston Print Works Company v. The Partnerships and Unincorporated Associations Identified on Schedule A |
   | 25-cv-09661 | Cranston Print Works Company v. The Partnerships and Unincorporated Associations Identified on Schedule A |
   | 25-cv-09568 | Cranston Print Works Company v. The Partnerships and Unincorporated Associations Identified on Schedule A |
   | 25-cv-09388 | Cranston Print Works Company v. The Partnerships and Unincorporated Associations Identified on Schedule A |
   | 25-cv-09332 | Cranston Print Works Company v. The Partnerships and Unincorporated Associations Identified on Schedule A |
   | 25-cv-09273 | Cranston Print Works Company v. The Partnerships and Unincorporated Associations Identified on Schedule A |
   | 25-cv-09246 | Cranston Print Works Company v. The Partnerships and Unincorporated Associations Identified on Schedule A |

2. **A listing of any of the defendants included in the Schedule A in this case that have previously been defendants in any prior complaint or schedule A filed by the plaintiff:**

There is none.

DATED: August 26, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***