**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRANSTON PRINT WORKS COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　Defendants. | Case No.: 1:25-cv-09955<br><br>District Judge John J. Tharp, Jr.<br><br>Magistrate Judge Daniel P. McLaughlin |

**ORDER GRANTING MOTION
FOR EXPEDITED DISCOVERY AND ELECTRONIC SERVICE**

THIS CAUSE being before the Court on Plaintiff Cranston Print Works Company ("Plaintiff's" or "Cranston's") Motion for Expedited Discovery and Electronic Service of Process (the "Motion") against the storefronts identified in Schedule A to the Complaint, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion. Accordingly, this Court orders that:

1. 　Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendants, or in connection with the Online Marketplace, including, without limitation, any online marketplace platforms such as Walmart.com, Amazon.com, and/or Temu.com (the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.　the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in concert or participation

      with them, including all known contact information and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplace.

2. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order, and other relevant documents on a website, and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Shinin and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

Date: August 28, 2025

John J. Tharp, Jr.
United States District Judge